IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARLEIS TROVER,** *as Personal Representative of the Estate of Donald Gaddis, Deceased,* <br><br>　　　　　　Plaintiff, <br><br>vs. <br><br>**BRANDON ZANOTTI,** <br><br>　　　　　　Defendant. | Case No. 3:19-cv-781-DWD |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order entered on September 16, 2022 (Doc. 61), this action is **DISMISSED with prejudice** and the case is closed.

**IT IS SO ORDERED.**

**DATED: September 19, 2022**

　　　　　　　　　　　　　　　　　　MONICA A. STUMP, Clerk of Court

　　　　　　　　　　　　　　　　　　*s/ Dana M. Winkeler*
　　　　　　　　　　　　　　　　　　**Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**